```
 1 | BARRY J. PORTMAN
   | Federal Public Defender
 2 | LOREN G. STEWART
   | Assistant Federal Public Defender
 3 | 19th Floor Federal Building – Box 36106
   | 450 Golden Gate Avenue
 4 | San Francisco, CA 94102
   | Telephone: (415) 436-7700
 5 |
   | Counsel for Defendant DAUM
 6 |
 7 |
 8 |            IN THE UNITED STATES DISTRICT COURT
 9 |           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 |
```

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | No. CR-09-0559 WHA / JCS |
| 12 | Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
|  | ) | **ORDER REGARDING DEFENDANT'S** |
| 13 | vs. ) | **RELEASE ON BOND** |
| 14 | BRIAN DAUM, ) | Court: Hon. Joseph C. Spero |
|  | ) | Date:   August 7, 2009 |
| 15 | Defendant. ) | Time:   10:30 AM |

The defendant is requesting an order from this Court to be released on bond to a halfway house on August 7, 2009, at 10:30 AM. The halfway house is located at 111 Taylor Street, San Francisco, California, which is within walking distance of this Court. In the event that Mr. Daum is released from this courthouse, undersigned counsel or his investigator will escort Mr. Daum to the halfway house immediately on his release.

To the extent that this Court orders that the defendant be released tomorrow, it is the understanding of the parties that Mr. Daum would be returned to FCI Dublin. He would not have the money or other means to transport himself to the halfway house. Further, he would likely be released late-Friday or early-Saturday, making it difficult for counsel to assist in his transport. It is in the interest of public safety that Mr. Daum be delivered from U.S. Marshal custody to the

[PROPOSED] ORDER RE: RELEASE ON
BOND, 09-0559 WHA / JCS                                    1

1  custody of the halfway house in the most expedient manner possible.

2      The parties jointly request that the Court order the U.S. Marshals Service to bring Mr.

3  Daum to this courthouse with his personal clothing and effects so that, in the event that this

4  Court orders his release to the halfway house, he may be ordered released directly from this

5  courthouse.

6

7  SO STIPULATED.

8

9    August 6, 2009                          /s/

10 DATED                                JOSEPH P. RUSSONIELLO
                                      United States Attorney

11                               Northern District of California
                              Cynthia Frey

12                               Assistant United States Attorney

13

  August 6, 2009                           /s/

14 DATED                                LOREN STEWART

15                               Assistant Federal Public Defender
                              Attorney for Brian Daum

16

17

                          [~~PROPOSED~~] ORDER

18
    The United States Marshals Service is ORDERED to bring Mr. Daum to Court on Friday,

19
August 7, 2009, with his civilian clothing and personal effects such that direct release will be

20
feasible.

21

22
IT IS SO ORDERED.

23

24
  8/6/9

25 DATED                                HON.
                              UNITED STATES MAGISTRATE JUDGE

26

[~~PROPOSED~~] ORDER RE: RELEASE ON
BOND, 09-0559 WHA / JCS          2

*Seal: United States District Court, Northern District of California — Judge Joseph C. Spero*