BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DAUM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN DAUM,<br><br>　　　　　Defendant. | No. CR-09-0559 WHA / JCS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER VACATING HEARING**<br><br>Court: Hon. Joseph C. Spero<br>Date:　October 8, 2009<br>Time:　9:30 AM |

　　　　On October 6, 2009, Brian Daum entered a guilty plea before the Honorable William H. Alsup. In consideration of the plea agreement, Mr. Daum agreed to be remanded to the custody of the U.S. Marshals Service pending sentencing, pursuant to 18 U.S.C. § 3143(a)(2). Accordingly, this Court's currently calendared hearing for October 8, 2009, regarding Mr. Daum's conditions of release should be vacated, as he is back in custody.

SO STIPULATED.


　October 6, 2009　　　　　　　　　　　　　　　　/s/
DATED　　　　　　　　　　　　　　　　　Matthew McCarthy
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


STIP & [PROPOSED] ORDER VACATING
HEARING, CR 09-0559 WHA / JCS　　　　　1

| | | |
|---|---|---|
| 1 | October 6, 2009 | /s/ |
| | DATED | LOREN D. STEWART |
| 2 | | Assistant Federal Public Defender |
| | | Attorney for Brian Daum |

[~~PROPOSED~~] ORDER

For the reasons set forth above, the hearing currently on calendar for October 8, 2009, is VACATED. The defendant shall not be brought to Court on October 8, 2009.

IT IS SO ORDERED.

10/07/09
DATED

HON. _____
UNITED STATES MAGISTRATE JUDGE
(Judge Joseph C. Spero)

STIP & [PROPOSED] ORDER VACATING
HEARING, CR 09-0559 WHA / JCS            2