1  BARRY J. PORTMAN
   Federal Public Defender
2  LOREN D. STEWART
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant DAUM
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-09-0559 WHA / JCS
                                    )
12              Plaintiff,          )   STIPULATION AND [PROPOSED]
                                    )   ORDER RE: EXONERATION OF
13 vs.                              )   APPEARANCE BOND
                                    )
14 BRIAN DAUM,                      )
                                    )
15              Defendant.          )
   _____)
16

17     On August 7, 2009, this Court ordered the defendant, Brian Daum, released on a secured

18 appearance bond. Mr. Daum's parents and his brother and sister-in-law were required to execute

19 the bond as sureties and to post their homes to secure the bond. *See* Docket Nos. 21, 22.

20     On October 6, 2009, Mr. Daum pled guilty to count 2 of the indictment in this case and,

21 in consideration of the plea agreement, self-surrendered to the custody of the United States

22 Marshals Service. Pretrial Services has been notified of his surrender and Mr. Daum has been

23 returned to the Federal Correctional Institution at Dublin.

24     As Mr. Daum is back in custody and will so remain for the duration of the case, it is now

25 appropriate to exonerate the appearance bond and reconvey the properties to Mr. Daum's family

26 members.

STIP & [PROPOSED] ORDER RE:
EXONERATION OF BOND                      1

1  SO STIPULATED.

2   October 9, 2009                              /s/
   DATED                                 Matthew McCarthy
3                                        Assistant United States Attorney

4

5   October 9, 2009                              /s/
   DATED                                 LOREN D. STEWART
6                                        Assistant Federal Public Defender
                                         Attorney for Brian Daum
7

8
                            [PROPOSED] ORDER
9
       For the reasons set forth above, the appearance bond is hereby EXONERATED and the
10
   Court shall reconvey the posted properties to their owners.
11

12  IT IS SO ORDERED.

13

14   10/09/09
   DATED                                 HON. JOSEPH C. SPERO
15                                        UNITED STATES MAGISTRATE JUDGE

STIP & [PROPOSED] ORDER RE:
EXONERATION OF BOND                         2