JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0559 WHA |
|    Plaintiff, | |
| v. | NOTICE OF DISMISSAL OF COUNTS I AND III IN LIGHT OF GUILTY PLEA TO COUNT II |
| BRIAN DAUM, | |
|    Defendant. | |

With leave of the Court, in light of the defendant's plea of Guilty to Count II of the above-captioned indictment, and pursuant to Paragraph 13 of the Plea Agreement entered into by the parties, the United States Attorney for the Northern District of California dismisses Counts I and III of the above-captioned Indictment with prejudice.

DATED: 1-21-10

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 09-0559 WHA)

1  Leave is granted to the government to dismiss Counts I and III of the above-captioned
2  indictment. Accordingly, Counts I and III are hereby DISMISSED.

3
4  Date: _____February 1, 2010._____



_____
HON. WILLIAM H. ALSUP
United States District Court Judge

IT IS SO ORDERED
Judge William Alsup

2