1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY  (CABN 217871)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: Matthew.McCarthy@usdoj.gov

8  Attorneys for Plaintiff

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

   UNITED STATES OF AMERICA,        )   No.  CR 09-0559 WHA
13                                  )
           Plaintiff,                )
14                                  )   (1) NOTICE OF WITHDRAWAL OF
      v.                            )   REQUEST FOR RESTITUTION;
15                                  )   (2) REQUEST TO VACATE HEARING
   BRIAN DAUM,                       )   DATE; AND
16                                  )   (3) [~~PROPOSED~~] ORDER VACATING
           Defendant.                )   HEARING DATE
17                                  )
   ─────────────────────────────    )
18

NOTICE OF WITHDRAWAL OF REQUEST FOR RESTITUTION, REQUEST TO VACATE
HEARING DATE, AND [~~PROPOSED~~] ORDER RE SAME

At the sentencing hearing of the above-captioned matter, the Court set a restitution hearing for March 23, 2010. The government contacted counsel for the victim and informed him of the Court's briefing and hearing schedule. After further discussion, counsel for the victim asked the government to inform the Court that the victim wishes to withdraw her request for restitution.

Accordingly, the government now requests that the Court vacate the restitution hearing presently set for March 23, 2010.

DATED:     March 16, 2010            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MATTHEW L. McCARTHY
Assistant United States Attorney


### [PROPOSED] ORDER

In light of the victim's withdrawal of her request for restitution, the restitution hearing set for March 23, 2010 is VACATED.

Date: March 18, 2010.

_____
HON. WILLIAM ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup

2